**No. 65279.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18313 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65280.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18314 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65281.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18315 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65282.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18316 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65283.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18317 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65284.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18318 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65285.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18319 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.